MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245 Telephone: (310) 322-0300 Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff,
LAWRENCE HODES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HODES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and, DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: 5:20-cv-01538-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

　　　PLEASE TAKE NOTICE that the parties reached an agreement to resolve this action in its entirety.  Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorneys' fees and costs within 45 days.

DATED: January 26, 2021　　　　　DONAHUE & HORROW, LLP

　　　　　　　　　　　　　　　　　*Michael B. Horrow*
　　　　　　　　　　　　　　　　　MICHAEL B. HORROW
　　　　　　　　　　　　　　　　　SCOTT E. CALVERT
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff