UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HODES,<br><br>                Plaintiff,<br><br>       vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and, DOES 1 through 10, inclusive,<br><br>                Defendant. | Case No.: 5:20-cv-01538-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## **ORDER**

Pursuant to the stipulation of the parties, the action is dismissed in its entirety with prejudice.  Parties to bear their own costs and fees.

IT IS SO ORDERED

Dated: March 22, 2021

_____
The Honorable Jesus G. Bernal
United States District Court Judge

– 1 –